**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **ZAK SHAIK,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MURRAY COUNTY BOARD OF COMMISSIONERS et al.,**<br><br>**Defendant.** | **Case No. 24-CV-311-JFH-GLJ** |

**ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 76. The Magistrate Judge recommends that the case be dismissed for failure to prosecute. *Id.* at 1, 8.

No party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, the case is DISMISSED without prejudice.

IT IS SO ORDERED this 18th day of November 2026.

JOHN F. HEIL, III
CHIEF UNITED STATES DISTRICT JUDGE